U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

APR - 1 2026

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

JONATHAN SAWYER

No. 2:26-cr-00032-SDN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Felon in Possession of Firearm)

On about January 29, 2026, in the District of Maine, the defendant,

**JONATHAN SAWYER,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, namely a Stevens 12 gauge shotgun bearing serial number 295EX, loaded with one round, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### COUNT TWO
### (Possession of Unregistered Firearm)

On about January 29, 2026, in the District of Maine, the defendant,

**JONATHAN SAWYER,**

knowingly possessed a shotgun having a barrel of less than 18 inches in length, namely a Stevens 12 gauge shotgun bearing serial number 295EX, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5845(d), 5861(d), and 5871.

## FIRST FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) set forth in Count One of this Indictment, the defendant, **JONATHAN SAWYER**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in or used in the knowing commission of the offense. The property to be forfeited includes, but is not limited to:

    a. One Stevens 12 gauge shotgun bearing serial number 295EX.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

## SECOND FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 26, United States Code, Sections 5841, 5845(d), 5861(d), and 5871 set forth in Count Two of this Indictment, the defendant, **JONATHAN SAWYER**, shall forfeit to the United State, pursuant to Title 26, United States Code, Section 5872(a), and Title 28 United States Code, Section 2461(c), any firearm involved in the commission of the offense. The property to be forfeited includes, but is not limited to:

    a. One Stevens 12 gauge shotgun bearing serial number 295EX.

All pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461.

Signature Redacted – Original on file with the Clerk's Office

FOREPERSON

2

Assistant United States Attorney
Date: APRIL 1, 2026

3