**Indictment Synopsis**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

APR - 1 2026

JENNIFER P. LYONS, CLERK

BY_____

DEPUTY CLERK

| | |
|---|---|
| **Name:** | Jonathan Sawyer |
| **Address:** <br> **(City & State Only)** | Warren, Maine |
| **Year of Birth and Age:** | 1970; 56 years old |
| **Violations:** | **COUNT ONE** - 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm <br><br> **COUNT TWO** – 26 U.S.C. § 5841 – Possession of Unregistered Firearm |
| **Penalties:** | **COUNT ONE** -- Imprisonment not to exceed fifteen (15) years; Fine not to exceed $250,000, or both. 18 U.S.C. 924(a)(7). This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(4). <br><br> **COUNT TWO** - 26 U.S.C. § 5871 - Imprisonment not to exceed ten (10) years; Fine not to exceed $10,000, or both. This is a Class C felony. 18 U.S.C. § 3559(a)(4). |
| **Supervised Release:** | **COUNT ONE** - Not more than three years (18 U.S.C. § 3583(b)(2)). <br><br> **COUNT TWO** - Not more than three years (18 U.S.C. § 3583(b)(2)). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **COUNT ONE** - Not more than two years (18 U.S.C. § 3583(e)(3)). <br><br> **COUNT TWO** - Not more than two years (18 U.S.C. § 3583(e)(3)). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **COUNT ONE** - Three years less any period of imprisonment imposed upon revocation of supervised release (18 U.S.C. § 3583(h)). <br><br> **COUNT TWO** - Three years less any period of imprisonment imposed upon revocation of supervised release (18 U.S.C. § 3583(h)). |
| **Defendant's Attorney:** | Unknown |

| | |
|---|---|
| **Primary Investigative Agency and Case Agent Name:** | ATF/Joshua Hudson |
| **Detention Status:** | In state custody. Arrest warrant requested. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | No |
| **County:** | Knox |
| **AUSA:** | Sean M. Green |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | None |
| **Assessments:** | $200 (18 U.S.C. § 3013(a)(2)(A)). |